UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DR. GREEN RELIEF, LLC and GREEN
MEDICAL MARKETING, LLC,

      Plaintiffs,

v.                                                  Case No: 6:22-cv-772-CEM-DCI

GREEN RELIEF, LLC and KERRY
BARASATIE,

      Defendants.

## ORDER

Before the Court are three motions: Plaintiffs' Motion for Partial Default Judgment Against Defendant Kerry Barasatie (Doc. 39); Plaintiffs' Motion for Partial Default Judgment Against Green Relief, LLC (Doc. 40); and an Unopposed Motion to Withdraw as Counsel for Plaintiffs (Doc. 53). The Court held a hearing on these three motions on December 20, 2022.

For the reasons stated at the hearing, the motions for partial default judgment are due to be denied without prejudice. For the reasons stated at the hearing, the motion to withdraw is due to be granted.

Accordingly, it is hereby **ORDERED** that:

1) Plaintiff's Motion for Partial Default Judgment Against Defendant Kerry Barasatie (Doc. 39) is **DENIED without prejudice**;

2) Plaintiff's Motion for Partial Default Judgment Against Defendant Green Relief, LLC (Doc. 40) is **DENIED without prejudice**; and

3) The Unopposed Motion to Withdraw as Counsel for Plaintiffs (Doc. 53) is **GRANTED in part** as follows:

    a. Attorney Thomas Herbert Stanton[1] is hereby terminated and withdrawn as counsel for Plaintiffs in this case;

    b. Attorney Thomas Herbert Stanton shall immediately serve a copy of this Order upon Plaintiffs, and **on or before December 27, 2022**, shall file a notice with the Court confirming that the Order was served upon Plaintiffs and stating exactly how the Order was served and upon whom it was served;

    c. Plaintiffs remain obligated to comply with all pending deadlines and orders in this case, and are cautioned that any motion not responded to within the time provided by the rules of this Court may be deemed unopposed and ruled upon without further warning (*see* Local Rule 3.01(c));

    d. Plaintiffs shall have until **January 19, 2023** to obtain new counsel and move for default judgment,[2] after which date, if no counsel has appeared, the undersigned will recommend that the Court dismiss this case for failure to prosecute. Business entities cannot proceed in this Court without counsel, and **the Court will not send any papers, pleadings or correspondence to Plaintiffs at the addresses provided in the Motion** (*see* Local Rule 2.02(b)); and

    e. The Unopposed Motion to Withdraw as Counsel for Plaintiffs (Doc. 53) is **DENIED** in all other respects.

**ORDERED** in Orlando, Florida on December 20, 2022.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court recognizes appearances by lawyers, not law firms. Local Rule 2.02(c); Doc. 53 at 1.
[2] If new counsel timely appears, they may request an extension to move for default judgment.