UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DR. GREEN RELIEF, LLC and GREEN MEDICAL MARKETING, LLC,**

      **Plaintiffs,**

v.                                                         Case No. 6:22-cv-772-CEM-DCI

**GREEN RELIEF, LLC and KERRY BARASATIE,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the December 20, 2022 Order (Doc. 59), which permitted Plaintiff's counsel to withdraw, (*id.* at 1–2). Therein, Plaintiffs were advised that, as business entities, they were not allowed to proceed *pro se*. (*Id.* at 2). As such, Plaintiffs were given until January 19, 2023, "to obtain new counsel and move for default judgment." (*Id.*). Plaintiffs were also warned that failure to comply could result in the dismissal of this case for failure to prosecute. (*Id.*; *see also* Notice to Counsel and Parties, Doc. 4 ("Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action . . . without further notice.")). Plaintiffs have not obtained

new counsel and the time to do so has passed. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED** for failure to prosecute.

**DONE** and **ORDERED** in Orlando, Florida on January 20, 2023.



Copies furnished to:

Counsel of Record
Unrepresented Parties